# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 1, 2023

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 22-3059 | |
| KARL W. NICHOLS,<br>*Petitioner-Appellant*, | Appeal from the United States District Court for the Western District of Wisconsin. |
| v. | |
| | No. 18-cv-829-wmc |
| LANCE WIERSMA,<br>*Respondent-Appellee*. | William M. Conley,<br>*Judge*. |

**O R D E R**

The district court denied Karl Nichols's petition for a writ of habeas corpus under 28 U.S.C. § 2254. After reviewing the district court's final order and the record on appeal, we find that reasonable jurists could debate two issues: whether the state violated the Constitution by failing to turn over before or during trial a written list of corrections that a child witness had made regarding her statements at a forensic sexual assault interview; and whether any procedural default with respect to that issue is excused by ineffective assistance of counsel.

Accordingly, we **GRANT** Nichols's request for a certificate of appealability. *See* 28 U.S.C. § 2253(c). If counsel for petitioner-appellant is seeking appointment under the provisions of the Criminal Justice Act, he should file an appropriate motion.

Briefing shall proceed as follows:

1. Petitioner-appellant shall file his brief and required short appendix on or before July 3, 2023.

2. Respondent-appellee shall file his brief on or before August 2, 2023.

3. Petitioner-appellant shall file his reply brief, if any, on or before August 23, 2023.